AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2018

SEAN F. McAVOY, CLERK

SUSANNE A. WAHLQUIST,

*Plaintiff*

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Auto Insurance Company,

*Defendant*

Civil Action No. 2:18-CV-37-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Declaratory Judgement is entered in favor of Defendant State Farm Mutual Automobile Insurance Company as follows: Plaintiff may not rely on post-litigation conduct to form the basis of her extracontractual claims. Post-litigation conduct includes Defendant's successful opposition to Plaintiff's motion to place this matter in mandatory arbitration when the case was in the Chelan County Superior Court, and Defendant's unopposed removal of the suit to this Court after Plaintiff amended her Complaint.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a motion for partial summary judgment ECF No. 27.

Date: December 11, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer