# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 11, 2018

SEAN F. McAVOY, CLERK

SUSANNE A. WAHLQUIST,

*Plaintiff*

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Auto Insurance Company,

*Defendant*

Civil Action No. 2:18-CV-37-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Judgment is entered in favor of Defendant State Farm Mutual Automobile Insurance Company on Plaintiff's Consumer Protection Act claim.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a motion for partial summary judgment ECF No. 27.

Date:  December 11, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer