FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 22, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSANNE A. WAHLQUIST,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Auto Insurance Company,<br><br>　　　　　　　Defendant. | No. 2:18-CV-00037-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 22, 2019, the parties filed a stipulated dismissal, ECF No. 59. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

　　**1.**　The parties' stipulated dismissal, **ECF No. 3**, is **ACKNOWLEDGED**.

　　**2.**　All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

　　**3.**　All pending motions are **DENIED AS MOOT**.

　　**4.**　All hearings and other deadlines are **STRICKEN**.

　　**5.**　The Clerk's Office is directed to **CLOSE** this file.

ORDER DISMISSING CASE - 1

1 **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and

2 provide copies to all counsel.

3 **DATED** this 22nd day of January 2019.

4 _____
SALVADOR MENDOZA, JR.
5 United States District Judge